UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DASHON HINES,

     Plaintiff,

v.                           Case No. 23-cv-02624-SHM-tmp

KATHRYN PARHAM,

     Defendant.

## JUDGMENT

     Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 9) docketed December 5, 2023.


## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

   *December 5, 2023*                   WENDY R. OLIVER
DATE                                 CLERK

                                           */s/ Jairo Mendez*
                                           (By) DEPUTY CLERK